# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:
:
:    CASE NO. 98-15716 SEK
ROLDAN ROSARIO, OLGA
:
:
:    Chapter 7

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

**FILED & ENTERED**

**AUG 3 1 2000**

CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

Debtor(s)

## ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

The Trustee has filed a Report of No Distribution, and has certified that the Estate has been fully administered. The Clerk has notified our notice granting parties in interest an opportunity to object to the Report. No objection has been entered. Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, it is presumed the Estate has been fully administered.

WHEREFORE, as per 11 U.S.C. Section 350(a), the trustee is discharged, his bond for this case cancelled, and the case is closed.

The Clerk will notify this Order.

San Juan, Puerto Rico, this 30th day of August, 2000.

SARA DE JESUS
United States Bankruptcy Judge

cc: FERRER
     UST

SEP 0 1 2000